United States District Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:22cr529 |
| | § | |
| SALIH ALI MOHAMMED ALHEMOUD | § | |

## AMENDED SCHEDULING ORDER

Pending before the Court is the Unopposed Motion for Continuance (Doc. No. 37) of Defendant Salih Ali Mohammed Alhemoud. The Court GRANTS the motion and, in the interest of judicial economy, sets the following schedule:

| | |
|---|---|
| MOTIONS will be filed no later than | **October 18, 2024** |
| RESPONSES will be filed no later than | **November 1, 2024** |
| PRETRIAL CONFERENCE will be held before Judge Andrew S. Hanen, Courtroom 9D at **8:30 AM** | **November 13, 2024** |
| JURY SELECTION and TRIAL is scheduled before Judge Andrew S. Hanen, Courtroom 9D at **9:00 AM** | **November 18, 2024** |

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED this 17th day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE