USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number:    2022R6578

Magistrate Number:  4:22-mj-2358

SUPERSEDING INDICTMENT

UNITED STATES of AMERICA

vs.

United States Courts
Southern District of Texas
FILED
*June 25, 2025*

Filed Nathan Ochsner, Clerk of Court

No. 4:22-cr-529-S2

Judge:  **Hanen**

**ATTORNEYS:**

**NICHOLAS J. GANJEI, USA**    **(713) 567-9000**

SHARAD KHANDELWAL, AUSA    (713) 567-9000
CHRISTINE LU, AUSA

| | Appt'd | Private |
|---|---|---|
| SALIH ALI MOHAMMED ALHEMOUD | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 6 )

Count 1 & 4: Hate Crime [18 U.S.C. § 249(a)(2)]

Count 2 & 5: Kidnapping [18 U.S.C. § 1201(a)(1)]

Count 3 & 6: Brandishing a Firearm During and in Relation to a Crime of Violence [18 U.S.C. § 924(c)(1)(A)]

PENALTY:    Count 1 & 4: Any Term of Years, or Life, or Death, $100 SA
Count 2 & 5:  Up to life in prison, up to 5 years SR, $250k fine, $100 SA
Count 3 & 6: Not Less Than 7 Years, $100 SA

NOTICE/DETENTION

☑ In Jail  - FDC Houston

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: